■    In the Matter of SHERILA D. (ANONYMOUS), Appellant.—Appeal from an order of the Family Court, Kings County, dated June 22, 1973, which adjudicated appellant a juvenile delinquent and placed her on probation. Order reversed, on the law and the facts, without costs, and petition dismissed. The Corporation Counsel candidly admits that the evidence presented was insufficient to warrant a finding beyond a reasonable doubt that appellant had committed acts which, if done by an adult, would constitute the crime of robbery. We agree and commend the Corporation Counsel for his forthrightness. Accordingly, the order should be reversed and the petition dismissed. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■    In the Matter of DIANA KRIEGER, Respondent, v. EMANUEL KRIEGER, Appellant.— In a proceeding to modify a decree of a court of Mexico (Family Ct. Act, § 461, subd. [b], par. [ii]), the appeal is from an order of the Family Court, Westchester County, dated March 7, 1973, which, after a hearing, granted the application by increasing the amount appellant shall pay for support of his three children from $450 per month to $570 per month. Order affirmed, without costs. Appellant claims, *inter alia,* that he was not advised of his right to counsel in accordance with section 433 of the Family Court Act. The record clearly establishes the contrary, however, since he was affirmatively advised of this right at a preliminary proceeding held on December 6, 1972, at which time he waived it. The colloquy in this regard was as follows: " the court:  *  *  * Now, you have a right to be represented by an attorney at your own expense. You have a right to an adjournment to hire an attorney. You also have a right to speak for yourself. Do you wish to hire an attorney or do you wish to speak for yourself? Mr. Krieger: I will speak for myself." We have examined appellant's other contentions and find them also to be without merit. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.